UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORI MOLINARI,

    Plaintiff,

v.                                                      Case No: 8:18-cv-1011-T-30SPF

CARNIVAL CORPORATION,

    Defendant.

_____

ORDER

    The Court has been advised via a Mediation Report (Dkt. 20) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 21st day of November, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record